The next case on our call this morning is agenda number 18, case number 108-244, T. Kimball Brooker v. Lisa Madigan. Bear with us for just a second, counsel. You may proceed. Good morning, Your Honors. My name is Ryan Harding, and I represent Mr. Brooker as executor of the estate of Nancy Newman Brooker. This morning and late last night, Mr. Brooker and the attorney general's office reached an agreement on the tax liability that is at issue in this case. We apologize for the late notice, and we anticipate filing a joint motion with the attorney general in the very near future. We are prepared to proceed however the court would like, but I wanted to bring that up at the beginning. You're fairly certain that this case is going to be resolved? Is that correct? I believe so, yes, Your Honor. In what time frame would that be? I would anticipate that we would file a joint motion in a matter of days. Your Honor, Brian Barov, assistant attorney general on behalf of the attorney general. Yes, this case's matter has been resolved. We can get the requisite motion filed as soon as possible. But not today. Well, we do have to travel to Chicago today, back to Chicago today. We can get it on file tomorrow. Right. This case will be continued on the order of the court until the January term. I suspect that it will never get there. I suspect that it will be settled. And I would ask you to move as expeditiously as possible on that settlement. We will, Your Honor. Again, I also apologize for the late notice of this. The order will reflect that the parties have advised the court that they're near a settlement on this matter and that literally a few hours might be enough to actually file the necessary paperwork. With that understanding, this case will be continued until the January term. Thank you, Your Honor. Thank you, Your Honor.